IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| E.V. DRAKE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-3607 |
| | § | |
| COSTUME ARMOUR, INC., AND | § | |
| CHRISTO VAC et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated September 6, 2017, and Plaintiff's objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court. It is, therefore,

**ORDERED** that the Memorandum and Recommendation is **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this 21st day of September, 2017.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE